IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MIKIMOTO (AMERICA) CO., LTD.,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-6587 |

## NOTICE OF SETTLEMENT

　　　Plaintiff Kelly Smith hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Mikimoto (America) Co., Ltd. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: July 10, 2025　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
　　　　　　　　　　　　　　　　　　　　　　101 Pennsylvania Boulevard, Suite 2
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15228
　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 10th day of July, 2025.

                                                             */s/ Benjamin J. Sweet*
                                                               Benjamin J. Sweet